FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
MICHAEL O'BRIEN (SBN 277244)
michaelo@novianlaw.com
ALEXANDER BRENDON GURA (SBN 305096)
gura@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

*Attorneys for Plaintiff Triller Fight Club II LLC*

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW P. SPACE, an individual; ECLIPT GAMING, an unknown business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-04603-RGK-PVC<br><br>[PROPOSED] JUDGMENT<br>[4603]<br><br>Complaint Filed: June 3, 2021 |

1

# [PROPOSED] JUDGMENT

**TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD HEREIN:**

Plaintiff Triller Fight Club II LLC's ("Fight Club" or "Plaintiff") brought the present action against Defendants Matthew P. Space ("Space") and Eclipt Gaming ("Eclipt" and, together with Space, "Defendants").

Plaintiff's Motion for Default Judgment was taken under submission on November 10, 2021. ECF Nos. 25 and 26. Plaintiff's Motion for Default Judgment was granted on November 29, 2021. ECF No. 27. Plaintiff's Motion for Attorneys' Fees and Costs was taken under submission on January 5, 2022. ECF Nos. 28 and 29. Plaintiff's Motion for Attorneys' Fees and Costs was granted on January 27, 2022. ECF No. 30.

After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff and against Defendants, with prejudice, on each of the following grounds:
    a. Defendants infringed on Plaintiff's copyright in violation of the Copyright Act.
    b. Defendants intercepted Plaintiff's interstate satellite communication and used the same for their own benefit in violation of the Communications Act.
2. Plaintiff is entitled to statutory damages in the amount of $15,000 from Defendants, jointly and severally, pursuant to 17 U.S.C. § 504(c).
3. Plaintiff is entitled to statutory damages in the amount of $1,000 from Defendants, jointly and severally, pursuant to 47 U.S.C. § 605(e).

4. Plaintiff is entitled to recover reasonable attorneys' fees of $9,795 and costs of $727 from Defendants, jointly and severally, pursuant to 17 U.S.C. § 505 and 47 U.S.C. § 605(e).

IT IS SO ORDERED AND ADJUDGED.

Dated: April 29, 2022

*Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE